**Electronically Filed
Supreme Court
SCWC-19-0000395
21-OCT-2021
01:20 PM
Dkt. 3 ODAC**

SCWC-19-0000395

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

JOHN APELE KALUAU 3RD,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000395; CASE NO. 3DTC-18-051455)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioner/Defendant-Appellant's Application for Writ
of Certiorari filed on September 9, 2021, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, October 21, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

